

# IN THE
## TENTH COURT OF APPEALS

———————

### No. 10-11-00346-CV

**SARA ANN BRYAN AMIDEI,**

**Appellant**

 **v.**

**EOG RESOURCES, INC., TIMOTHY KEITH ROGERS, CYNTHIA ANN ROGERS, DANNY LYNN ROGERS AND KATHI ROGERS, INDIVIDUALLY AND D/B/A ROGERS BROS.,**

**Appellees**

———————

**From the 66th District Court
Hill County, Texas
Trial Court No. 48,096**

———————

## MEMORANDUM OPINION

———————

Appellant has filed a motion to dismiss appeal. *See* TEX. R. APP. P. 42.1(a)(1). It states that the parties have settled the dispute and that Appellant no longer desires to prosecute this appeal.

Dismissal of this appeal would not prevent a party from seeking relief to which it would otherwise be entitled. The motion is granted, and the appeal is dismissed.

REX D. DAVIS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice  Scoggins
Motion granted; appeal dismissed
Opinion delivered and filed October 5, 2011
[CV06]